Donald W. Ullrich, Jr. (State Bar No.118701)
d/b/a Ullrich Law Firm
P. O. Box 160007
3574 D Street
Sacramento, CA  95816
Telephone: (916) 441-4554
Facsimile: (916) 441-5465
Cell Phone: (916) 425-1061
E-mail: ullrichlawfirm@att.net

*Attorney for Plaintiff*
*Dwain L. Kirkland*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DWAIN L. KIRKLAND,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DOUGLAS KAPLAN,<br><br>　　　　Defendant. | **Case No. 2:20-cv-00663-KJM-JDP**<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE UNDER FED R CIV P 41(a)(1)(A)(ii)**<br><br>COMPLAINT FILED: MARCH 28, 2020<br><br>FIRST AMENDED COMPLAINT FILED: JUNE 26, 2020<br><br>TRIAL DATE: NOT SET<br><br>SETTLEMENT CONFERENCE: MARCH 3, 2021 |

　　Plaintiff DWAIN L. KIRKLAND and Defendant DOUGLAS KAPLAN (the "parties") by and through respective attorneys of record, DONALD W. ULLRICH, JR., for Plaintiff, and GARY S. SPITZER for Defendant stipulate as follows:

　　1. The parties fully and finally settled the above-entitled case at the settlement conference of March 3, 2021, which settlement was read into the record and agreed to by the parties;

　　2. A formal document entitled CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE was thereafter prepared as a subsequent written memorialization of the March 3, 20201, settlement and signed by the parties, the terms and conditions of which are incorporated

1

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE UNDER FED R CIV P 41(a)(1)(A)(ii)**

into this stipulation by reference and made a part hereof;

3.  Therefore, the parties have agreed that the entire action be dismissed with prejudice under authority of Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii); and

4.  That each party is to bear their own costs and attorney's fees.

IT IS SO STIPULATED AND AGREED.

Dated:                              ULLRICH LAW FIRM

                                    By _____
                                       DONALD W. ULLRICH, JR.
                                       Attorney for PLAINTIFF

Dated:                              CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP

                                    By _____
                                       GARY S. SPITZER
                                       Attorney for DEFENDANT

### ORDER

The stipulation is approved.  The entire action is hereby dismissed with prejudice with each party bearing their own costs and attorney's fees.

DATED:  May 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE